IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREG GRISWOLD,

    Appellant,                                     JUDGMENT IN A CIVIL CASE

v.                                                              Case No. 15-cv-771-jdp

BRENDA ZEDDUN,

    Appellee.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the appeal from the November 16, 2015 ruling of the United States Bankruptcy Court for the Western District of Wisconsin.

| /s/ | 6/27/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |